**FILED**

APR 1 5 2026

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA,          )
                                   )
Plaintiff,                         )
                                   )
v.                                 )          **4:26CR169 JAR/NCC**
                                   )
TEVIN DERRON BALDWIN,              )
                                   )
Defendant.                         )

## MOTION FOR PRETRIAL DETENTION AND HEARING

Comes now the United States of America, by and through its attorneys, Thomas C. Albus, United States Attorney for the Eastern District of Missouri, and Paul J. D'Agrosa, Assistant United States Attorney for said District, and moves the Court to order defendant detained pending trial, and further requests that a detention hearing be held three (3) days from the date of defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, Section 3141, et seq.

As and for its grounds, the Government states as follows:

1.      Defendant is charged with Title 21, USC 841 – possession with the intent to distribute fentanyl;

2.      Pursuant to Title 18, United States Code, Section 3142(g), detention is appropriate, as:

(a) the weight of the evidence against defendant is strong;

(b) defendant's history and characteristics support pretrial detention; and

(c) the nature and seriousness of the danger to any person or the community that would be posed by defendant's release warrant defendant's detention pending trial.

3.      Defendant is currently in federal custody, awaiting a final revocation hearing as to his supervised release. He committed the instant offense while under supervision of this Court. Following his initial appearance on the petition to revoke supervised release, which occurred on March 12, 2026, Defendant was detained without bail.

WHEREFORE, there are no conditions or combination of conditions that will reasonably assure defendant's appearance as required and the safety of any other person and the community and the Government requests this Court to order defendant detained prior to trial, and further to order a detention hearing three (3) days from the date of defendant's initial appearance.

Respectfully submitted,


THOMAS C. ALBUS
UNITED STATES ATTORNEY


/s Paul J. D'Agrosa
PAUL J. D'AGROSA (#36966MO)
Assistant United States Attorney